UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA BENNEY,<br><br>        Plaintiff,<br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, a Georgia limited liability company,<br><br>        Defendant. | Case No.: 1:17-cv-135-EJL<br><br>**ORDER TO**<br>**DISMISS WITH PREJUDICE** |

    The Court has considered the parties' Stipulation to Dismiss this case and finds good cause has been shown to grant the same.

    NOW THEREFORE IT IS HEREBY ORDERED that this action is **DISMISSED WITH PREJUDICE**. All claims against Defendant are dismissed, with each party to bear their respective costs and fees.

DATED: January 3, 2018

_____
Honorable Edward J. Lodge
United States District Court

Order to Dismiss With Prejudice - Page 1 of 1